E-FILED
Wednesday, 28 August, 2024  12:18:08 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No:  24-cv-3235 |
| | ) | |
| $2,022.16 in United States Currency and Virtual | ) | |
| Currency in the amounts of 0.61462978 BTC, | ) | |
| 932.08 ADA, 48.7736701 CRO, 10,000,000 SHIB, | ) | |
| 1,000,000,000 ELON, 3.816796 USDT, 104,012 SLP, | ) | |
| 10 SOL, 5,000.00 XLM, and 300.00 ALI, | ) | |
| | ) | |
| Defendants. | ) | |

### VERIFIED COMPLAINT FOR FORFEITURE *IN REM*

NOW COMES the United States of America, by John D. Hoelzer, Assistant

United States Attorney, and respectfully states as follows:

### Nature of the Action

1.      This is a civil action *in rem* to forfeit $2,022.16 in United States currency

and virtual currency in the amounts of 0.61462978 BTC, 932.08 ADA, 48.7736701 CRO,

10,000,000 SHIB, 1,000,000,000 ELON, 3.816796 USDT, 104,012 SLP, 10 SOL, 5,000.00

XLM, and 300.00 ALI (the defendant funds).

2.      This action is brought pursuant to 18 U.S.C. § 981(a)(1)(C) because the

defendant funds are proceeds obtained in violation of 18 U.S.C. §§ 1343 (wire fraud)

and 1344 (bank fraud).

3.      This action is further brought pursuant to 18 U.S.C. § 981(a)(1)(A) because the defendant funds constitute property involved in a transaction or attempted transaction in violation of 18 U.S.C. §§ 1956 and 1957 (money laundering).

## The Defendants *In Rem*

4.      The defendant funds consist of $2,022.16 in United States currency and virtual currency in the amounts of 0.61462978 BTC, 932.08 ADA, 48.7736701 CRO, 10,000,000 SHIB, 1,000,000,000 ELON, 3.816796 USDT, 104,012 SLP, 10 SOL, 5,000.00 XLM, and 300.00 ALI, seized from a Crypto.com account in the name of Tramaine Hakeem Ramsey Wallace.

5.      The Federal Bureau of Investigation seized the defendant funds pursuant to an amended federal seizure warrant issued by Magistrate Judge Karen L. McNaught, in Case Number 23-mj-3022, after she found probable cause to believe that the defendant funds were proceeds obtained from wire and bank fraud offenses and constituted property involved in money laundering.

6.      The defendant funds are in the custody of the United States.

## Jurisdiction and Venue

7.      This Court has subject matter jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and it further has subject matter jurisdiction over an action for forfeiture under 28 U.S.C. § 1355(a).

8.      Pursuant to 28 U.S.C. § 1355(b)(1)(A), this Court has *in rem* jurisdiction over the defendants, and venue is proper in the Central District of Illinois because acts giving rise to the forfeiture occurred in Sangamon County, Illinois.

## The Fraud and Money Laundering

### *Background*

9.      Foris Dax, Inc., which is registered and domiciled in Miami, Florida, owns and operates Crypto.com, a cryptocurrency exchange that provides a platform for trading various cryptocurrencies and exchanging cryptocurrencies for fiat currencies.

10.     Crypto.com is one of the largest cryptocurrency exchanges in the world based on its trading volume, and it offers its services to customers around the world, including in the United States.

11.     Customers use exchanges like Crypto.com to exchange one form of digital currency for another, or to exchange digital currency for fiat currency.

12.     Among other services, Crypto.com maintains the private keys relating to its customer's cryptocurrency and therefore has complete control over client funds.

### *The Fraudulent Check*

13.     On or about April 29, 2022, an unidentified person called Illinois National Bank (INB) in Springfield, Illinois, pertaining to the home equity line of credit (HELOC) account of Thomas and Nancy Curry.   INB was unable to verify the caller's identity.

14.     On or about May 2, 2022, an unidentified person utilizing telephone

number 518-645-8110 called INB and inquired about the amount available for the HELOC account belonging to Thomas and Nancy Curry.   Since the caller was able to verify certain information belonging to Thomas and Nancy Curry, the INB employee told the caller that $250,000 was available in that account.   The caller then asked to change the phone number on the account to 518-645-8110.

15.     On May 10, 2022, and May 16, 2022, an unidentified person called INB about the HELOC account that belonged to Thomas and Nancy Curry.   On each occasion, INB was unable to verify the caller's identity.

16.     On June 27, 2022, the real Nancy Curry called INB to inquire about a balance of $222,000 owed on her HELOC account, when she had made no such transaction.

17.     On or about July 20, 2022, after investigating the matter further, INB notified the Federal Bureau of Investigation that a fraudulent check in the amount of $222,000 had been deposited at Navy Federal Credit Union (NFCU) in Sugarland, Texas, on or about May 18, 2022.   The check was drawn on the Currys' HELOC account and was payable to "21 Ninety LLC."

### The Investigation

18.     The FBI received records from INB and NFCU, which revealed that a fraudulent check was used to transfer approximately $222,000 from the Currys' HELOC account into the account of "21 Ninety LLC" at NFCU.   The check was deposited on or

about May 18, 2022, and posted to the "21 Ninety LLC" account on or about May 19, 2022.   The memo field on the front of the check stated "payment," and "deposit only" was written on the back of the check.

19.     NFCU records showed that the listed owner of "21 Ninety LLC" was Tramaine Ramsey Wallace (Wallace).

20.     NFCU records further showed that the average daily account balance of the "21 Ninety LLC" account between January 2021 and August 2022, exclusive of May 2022 when the fraudulent check was deposited, was $7,288.95.

21.     The "21 Ninety LLC" account dispersed all but $ 2,760.39 between May 19, 2022, and May 31, 2022, as discussed below.

22.     Wallace transferred approximately $18,876 from the "21 Ninety LLC" account to his personal checking account at NFCU.   He also transferred $20,000 from his "21 Ninety LLC" account to his personal savings account at NFCU.

23.     An individual appearing to be Wallace withdrew approximately $30,600 in cash via bank withdrawals from his "21 Ninety LLC" account, including two withdrawals of $9,500 and one withdrawal of $9,600.   NFCU provided video footage of the three withdrawals.

24.     Agents reviewed the video footage provided and compared the individual depicted withdrawing the cash with the picture and physical characteristics listed in Wallace's Georgia Driver's License, as well as the picture submitted to Crypto.com for

an account in Wallace's name.   After such a comparison, agents believe Wallace is the

individual captured on video withdrawing the cash based upon that individual's

similarities in appearance and physical stature to Wallace's Driver's License

photograph.

25.     In addition to the cash withdrawals conducted at the bank, an additional

approximately $7,000 was withdrawn from the account in the form of ATM

withdrawals ($2,000) and via debit card transaction at a business that agents understand

to be a check cashing establishment ($4,368).

26.     Additional disbursements from Wallace's "21 Ninety LLC" account

between May 19, 2022, and May 31, 2022, included the following:

  a.     $25,000 via cashier's check payable to Khalito LLC on May 27, 2022.
         Agents understand Khalito LLC to be owned by Chris Kalwalahi
         (phone 832-938-0186);

  b.     $9,300 via cashier's check payable to Kendrick Blue on May 28, 2022
         (phone 281-608-4504);

  c.     $9,500 via cashier's check payable to Kendrick Blue on May 28, 2022
         (phone 281-608-4504);

  d.     $31,202 to KBlue LLC on May 28, 2022.   Agents understand KBlue
         LLC to be owned by Kendrick Blue (281-608-4504);

  e.     $32,000 to 9444-5616 Quebec Inc. at the Royal Bank of Canada on
         May 27, 2022 (416-319-3767);

  f.     $50,742.03 to Crypto.com in three separate transactions;

  g.     Approximately $2,400 sent via CashApp;

6

  h. Approximately $5,000 sent via Apple Cash;

  i. One purchase was made at H.E.B. Grocery Store (number 540 in Houston, TX) in the amount of $5,050; and

  j. Several small miscellaneous transactions were made to DoorDash, Chevron and wire fee(s).

27. The FBI obtained records from Crypto.com, which revealed that Wallace created User ID 10243217 at Crypto.com on April 17, 2021.   Crypto.com required Wallace to provide his driver's license and a live, selfie-style photo of himself when he created the account.

28. Between May 29, 2022, and May 31, 2022, approximately $50,742.03 was sent from the "21 Ninety LLC" account to Wallace's Crypto.com account for three purchases resulting in 1 Bitcoin and 11 Ether.   These funds were transferred directly from the "21 Ninety LLC" account that had received the funds from the fraudulent HELOC check.

29. Between May 31, 2022, and the issuance of a seizure warrant and amended seizure warrant in March 2023, Wallace bought and sold various cryptocurrencies through his Crypto.com account.

30. On January 24, 2023, the FBI interviewed Thomas and Nancy Curry. Mrs. Curry reported that she learned about the fraudulent check after receiving a bill from INB.   When she called INB, Mrs. Curry was told that an unknown subject called

the bank several times and was able to get enough personal information to write a check from her HELOC account.   The Currys advised that the unknown subject never called them, and that they had never heard of "21 Ninety LLC," Wallace, or two persons to whom Wallace transferred funds: Kendrick Blue and Chris Kalwahali.

31.     On March 7, 2023, and March 21, 2023, a seizure warrant and amended seizure warrant were served at Crypto.com for the account held by Tramaine Hakeem Ramsey Wallace (User ID #10243217).   United States currency in the amount of $2,022.16 and the following virtual currency were seized at that time from Wallace's account:

| Currency Name | Date | Hash | Balance | Fee | Approx Value (USD) as of 4/14/23 |
|---|---|---|---|---|---|
| BTC | 4/11/2023 | ee4e971bf7f05dc4c223125c6c70d0f0a475396e24dfd2e81a5feb85c468f1d4 | 0.61462978 | $0.95 | 18,577.74 |
| ADA | 4/5/2023 | b4b77ebb757196675d8aea852c6b85d08ac003949973d277ae48dd156816ccb0 | 932.08 | 0.07 | 400.28 |
| CRO | 4/6/2023 | 0x8895aea1aff52fbba72afe154f269c667922eca8ca8580082886335e1bc6d928 | 48.7736701 | 3.71 | 3.43 |
| SHIB | 4/6/2023 | 0x576aad469bc2cee2a2b92821daaf7f585b37a978984b6e89cd04d0fd41c8b005 | 10,000,000 | 3.71 | 110.75 |
| ELON | 4/6/2023 | 0x827e5d5ec62150ecde87208ac5b79f19fe5bc86a3ef1cf5524b5e8dce77ff151 | 1,000,000,000 | 3.43 | 325.77 |
| USDT | 4/6/2023 | 0x7c3fad9eada48ccae0815b3002cd8dd564f00c72d0ca989647a11e371c9d660f | 3.816796 | 4.08 | 3.82 |
| SLP | 4/6/2023 | 0x702c2a088ca3c0fd4de0b6a9d7b39e4be407e17f01713871a72f0f1bc095c1ef | 104,012 | 3.44 | 299.51 |
| SOL | 4/5/2023 | 2wqyfTFPeSs6yQSsSdzxKsFZ31wSMhwfJeTHbBjwNMav4JZcpJCmpv28HHLoSogDPkjfcsWmJm3CtX3Q9xn11BU | 10 | 0.00001 | 2.39 |
| XLM | 4/6/2023 | 349b62f20182471d72c6ff7ee204d154c2cc5e1ea9edd5e953ddb86671c61d8e | 5,000.00 | 0.006357 | 528.19 |
| ALI | 4/6/2023 | 0x69f0c952fa424c4680bd5c232ebb0f394d3ee4ae1081ef585edbfb0ba79ee79c | 300 | 6.05 | 9.31 |
|  |  |  |  |  | 20,261.19 |

Seized cash sent by wire $2,022.16
Crypto as of 4/14/2023 $20,261.19
Total $22,283.35

## Conclusion

32.     By virtue of the foregoing and pursuant to 18 U.S.C. § 981(f), all right, title, and interest in the defendant funds vested in the United States at the time of the commission of the unlawful act giving rise to forfeiture, and the defendant funds are forfeitable to the United States.

WHEREFORE, the United States of America prays that this Court enter an order forfeiting the defendants to the United States of America for disposition according to law, for the issuance of a warrant *in rem*, for costs of suit, and for such other relief as the Court may deem necessary.

Respectfully submitted,

GREGORY K. HARRIS
UNITED STATES ATTORNEY

By:  /s/ John D. Hoelzer
John D. Hoelzer, IL Bar No. 6295098
Assistant United States Attorney
United States Attorney's Office
318 South Sixth Street
Springfield, IL 62701
Telephone: (217) 492-4450
Email: john.hoelzer@usdoj.gov

9

VERIFICATION

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct based on information and belief.

Executed on this 27th day of August, 2024.

s/Jason Quinn

_____

Jason Quinn, Special Agent
Federal Bureau of Investigation

10